HERMAN F. INDERLIED et al., Appellants, *v.* NICHOLAS WHALEY et al., Respondents.

*Inderlied* v. *Whaley*, 85 Hun, 63, affirmed.
(Argued April 20, 1898; decided May 10, 1898.)

APPEAL from a judgment and order of the late General Term of the Supreme Court in the fourth judicial department,

entered March 11, 1895, affirming a judgment in favor of defendant, entered upon a verdict directed by the court, and an order denying a motion for a new trial.

*D. H. Hanford* for appellants.

*Levi H. Brown* for respondents.

Judgment and order affirmed, with costs, on opinion below. All concur, except MARTIN, J., not sitting.